# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF WASHINGTON

LABELLE MARIE NEILL,                    )
                                        )
            Plaintiff,                  )
                                        )          NO.  CV-08-5080-JPH
      vs.                               )
                                        )          **JUDGMENT IN A**
MICHAEL J. ASTRUE,                      )          **CIVIL CASE**
Commissioner of Social Security,        )
                                        )
            Defendant.                  )
                                        )
_____)

## STIPULATION BY THE PARTIES:

The parties have stipulated to the remand of the captioned matter pursuant to sentence four of 42 U.S.C. § 405(g).

**IT IS ORDERED AND ADJUDGED** that:

The matter is **REMANDED** for additional proceedings pursuant to sentence four of 42 U.S.C. § 405(g).  Judgment is entered for Plaintiff and the file shall be **CLOSED.**

DATED this 17th day of November, 2009.

JAMES R. LARSEN
District Court Executive/Clerk


by:  s/ Pamela A. Howard
          Deputy Clerk

cc: all counsel